UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

------------------------------------------------------------------------x

Ferdinand Diaz

                         Plaintiff,

    -v.-

Transunion, LLC,
Equifax Information Services, LLC,
Experian Information Solutions, Inc.,
Verizon Wireless Services, LLC,

                         Defendants.

Civil Action No:
0:23-cv-62405

------------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL AS TO TRANSUNION, LLC

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff, and Defendant, Transunion, LLC, in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** May 3, 2024

| For Plaintiff Ferdinand Diaz | For Defendant Transunion, LLC |
|---|---|
| */s/ Justin Zeig*<br>Justin Zeig, Esq.<br>Zeig Law Firm, LLC<br>3475 Sheridan Street, Ste 310<br>Hollywood, FL 33021<br>justin@zeiglawfirm.com | */s/ Charlotte Ann Long*<br>Charlotte Ann Long<br>Transunion, LLC<br>555 W. Adams Street<br>Chicago, IL 60661<br>Charlotte.long@transunion.com |
| **For Defendant Experian Information Solutions, Inc.**<br>*/s/ Carly Ann Roessler*<br>Carly Ann Roessler<br>Jones Day | **For Defendant Equifax Information Services, LLC,**<br>*/s/ Jason Daniel Joffe*<br>Jason Daniel Joffe<br>Squire Patton Boggs LLP |

1

| | |
|---|---|
| 600 Brickell Ave Ste 3300<br>Miami, FL 33131<br>croessler@jonesday.com | 200 S Biscayne Blvd suite 3400<br>Miami, FL 33131<br>Jason.joffe@squirepb.com |
| | |

## CERTIFICATE OF SERVICE

I certify that on May 3, 2024 a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Justin Zeig
Justin Zeig
Zeig Law Firm, LLC
3475 Sheridan Street, Ste 310
Hollywood, FL 33021
justin@zeiglawfirm.com
*Attorneys for Plaintiff*