UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

-------------------------------------------------------------------------x

Ferdinand Diaz

                          Plaintiff,

   -v.-

Transunion, LLC,
Equifax Information Services, LLC,
Experian Information Solutions, Inc.,
Verizon Wireless Services, LLC,

                          Defendants.

-------------------------------------------------------------------------x

Civil Action No:
0:23-cv-62405

## JOINT STIPULATION OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff, and Defendant, Experian Information Solutions, Inc., in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** October 15, 2024

| **For Plaintiff Ferdinand Diaz**<br><br>*/s/ Justin Zeig*<br>Justin Zeig, Esq.<br>Zeig Law Firm, LLC<br>3475 Sheridan Street, Ste 310<br>Hollywood, FL 33021<br>justin@zeiglawfirm.com | **For Defendant Experian Information Solutions, Inc.**<br>*/s/ Priscilla Ruiz*<br>PriscillaRuiz<br>Jones Day<br>1050 Brickell Ave unit 2408<br>Miami, FL 33131<br>pruiz@jonesday.com |
|---|---|
|  |  |

1

## **CERTIFICATE OF SERVICE**

I certify that on October 15, 2024 a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> */s/ Justin Zeig*
> Justin Zeig
> Zeig Law Firm, LLC
> 3475 Sheridan Street, Ste 310
> Hollywood, FL 33021
> justin@zeiglawfirm.com
> *Attorneys for Plaintiff*