UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62405-CIV-SINGHAL

FERDINAND DIAZ,

    Plaintiff,

v.

TRANSUNION, LLC, EQUIFAX INFORMATION
SERVICES, LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., and VERIZON WIRELESS
SERVICES, LLC,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on the Joint Stipulation of Dismissal (DE [52]). The Court having reviewed the Joint Stipulation and the docket, it is hereby:

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE** as to Defendant Experian Information Solutions, Inc. Each Party will bear its own attorneys fees and costs. Given there are no remaining defendants, the Clerk is directed to **CLOSE** this case. Any pending motions are **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 16th day of October 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF